356 A.2d 360
In re ESTATE of Joseph BECKS.

Appeal of Isabel YESKO and Katherine Markosich.

Supreme Court of Pennsylvania.

Argued March 12, 1976.

Decided May 12, 1976.

J. D. Talarico, Pittsburgh, Charles S. Hersh, Sharon, for appellant at No. 6.

J. D. Talarico, Pittsburgh, John J. Regule, Sharon, for appellant at No. 7.

P. Raymond Batholomew, Sharon, for appellee at No. 6 and No. 7.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION OF THE COURT

PER CURIAM.

Decree affirmed. Each party to pay own costs.